**Gary N. COE and Minnie Coe, Appellants,**

**v.**

**LeBLOND MAKINO MACHINE TOOL CO., Respondents.**

**No. WD 39409.**

Missouri Court of Appeals, Western District.

Feb. 2, 1988.

568

Robert K. Ball, II (argued), Larry C. Larson, Kansas City, for appellants.

Douglas H. Delsemme (argued), Sharon K. Weedin, Kansas City, for respondents.

Before NUGENT, P.J., and SHANGLER and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from granting of motion for summary judgment.

Affirmed. Rule 84.16(b)(5).